United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-01699-HWV |
| Timothy E. Gannon | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Oct 16, 2024 | Form ID: fnldecnd | Total Noticed: 11 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy E. Gannon, 4000 Spring Road, Shermans Dale, PA 17090-9700 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 16 2024 18:44:48 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5629776 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 16 2024 18:42:00 | Ally Bank, Ally Detriot Center, 500 Woodward Avenue, Detroit, MI 48226-3416 |
| 5630308 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 16 2024 18:45:08 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5629777 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 16 2024 18:44:59 | Capital One Bank USA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5629778 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 16 2024 18:42:00 | Credit Collection Services, 725 Canton Street, PO Box 607, Norwood, MA 02062-0607 |
| 5629779 | | Email/Text: mrdiscen@discover.com | Oct 16 2024 18:42:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5629781 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 16 2024 18:42:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 5629780 | + | Email/PDF: ebnotices@pnmac.com | Oct 16 2024 18:57:27 | PennyMac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5629782 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 16 2024 18:44:48 | US Department of HUD, 451 7th Street SW, Washington, DC 20410-0001 |
| 5629783 | + | Email/Text: PHILAW@weltman.com | Oct 16 2024 18:42:00 | Weltman, Weinberg & Reis Co., 170 South Independence Mall West, Suite 874, Philadelphia, PA 19106-3334 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5630311 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com |
| Kara Katherine Gendron | karagendrontrustee@gmail.com PA89@ecfcbis.com,trusteenoticesbox@gmail.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Timothy E. Gannon pmurphy@dplglaw.com kgreene@dplglaw.com |
| Regina Cohen | on behalf of Creditor Ally Bank c/o AIS Portfolio Services LLC rcohen@lavin-law.com, mmalone@lavin-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Timothy E. Gannon,       Chapter    7

**Debtor 1**

Case No.    1:24−bk−01699−HWV

Social Security No.:
xxx−xx−7545

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Kara Katherine Gendron**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Timothy E. Gannon** in accordance with 11 U.S.C. §727 or F.R.B.P. 4004(c)(1).

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: October 16, 2024

**fnldec** (01/22)