# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Timothy E. Gannon<br>**Debtor 1** | **Chapter** 7 |
| | **Case No.** 1:24-BK-01699-HWV |
| | **Matter:** Motion to Reopen Chapter 7 Case |

## DEBTOR(S)' MOTION TO REOPEN CHAPTER 7 CASE

AND NOW, come the Debtor(s), Timothy E. Gannon, through their attorney, Paul D. Murphy-Ahles, Esquire and DETHLEFS PYKOSH & MURPHY, who moves to reopen the above-referenced Chapter 7 case and aver as follows:

1.      Debtor(s) filed a Chapter 7 case on July 11, 2024.

2.      On or about October 16, 2024, the Bankruptcy Court issued a Final Decree closing the case.  Debtor(s) did not receive a discharge because they failed to complete the post-filing financial management course.

3.      Debtor(s) seeks to reopen their Chapter 7 case pursuant to 11 U.S.C. §350(b) and Federal Rule of Bankruptcy Procedure 5010 in order to file the mandatory post-filing financial management course, which has since been completed, and receive a discharge in their bankruptcy.

WHEREFORE, Debtor(s) respectfully requests that the Court enter an Order in the form

of the attached proposed Order, directing that this case be reopened.

Respectfully submitted,
**DETHLEFS PYKOSH & MURPHY**

Date: December 28, 2024    /s/ Paul D. Murphy-Ahles

Paul D. Murphy-Ahles, Esquire
PA ID No. 201207
2132 Market Street
Camp Hill, PA 17011
(717) 975-9446
pmurphy@dplglaw.com
*Attorney for Debtor(s)*

In re:

| | |
|---|---|
| Timothy E. Gannon<br>**Debtor 1** | **Chapter** 7<br><br>**Case No.** 1:24-BK-01699-HWV<br><br>**Matter:** Motion to Reopen Chapter 7 Case |

## ORDER OF COURT

UPON CONSIDERATION of Debtor(s)' Motion to Reopen Chapter 7 Case, and good cause having been shown,

IT IS ORDERED that this case is reopened and appearing that a Trustee is unnecessary; and

IT IS FURTHER ORDERED that the Office of the United States Trustee NOT appoint a disinterested person to serve as Trustee in the case.

IT IS FURTHER ORDERED that Debtor(s) must file their discharge requirements within seven (7) days of the date of this Order. Should Debtor(s) fail to file their requirements within the time prescribed by this Order, this case will be re-closed without further notice and without discharge.