Certificate Number: 12433-PAM-DE-039161860

Bankruptcy Case Number: 24-01699



12433-PAM-DE-039161860

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 16, 2024, at 3:09 o'clock PM EST, Timothy E. Gannon completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   December 16, 2024           By:   /s/Candace Jones

                                    Name: Candace Jones

                                    Title: Counselor