In re:     Case No. 24-01699-HWV

Timothy E. Gannon     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Dec 30, 2024     Form ID: pdf010     Total Noticed: 11

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy E. Gannon, 4000 Spring Road, Shermans Dale, PA 17090-9700 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 30 2024 18:50:16 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5629776 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 30 2024 18:40:00 | Ally Bank, Ally Detriot Center, 500 Woodward Avenue, Detroit, MI 48226-3416 |
| 5630308 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 30 2024 18:38:56 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5629777 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 30 2024 18:39:00 | Capital One Bank USA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5629778 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 30 2024 18:40:00 | Credit Collection Services, 725 Canton Street, PO Box 607, Norwood, MA 02062-0607 |
| 5629779 | | Email/Text: mrdiscen@discover.com | Dec 30 2024 18:40:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5629781 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 30 2024 18:40:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 5629780 | + | Email/PDF: ebnotices@pnmac.com | Dec 30 2024 18:49:56 | PennyMac Loan Services, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5629782 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 30 2024 18:49:31 | US Department of HUD, 451 7th Street SW, Washington, DC 20410-0001 |
| 5629783 | + | Email/Text: PHILAW@weltman.com | Dec 30 2024 18:40:00 | Weltman, Weinberg & Reis Co., 170 South Independence Mall West, Suite 874, Philadelphia, PA 19106-3334 |

TOTAL: 10

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5630311 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2025  Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2024 at the address(es) listed below:

**Name** **Email Address**

Brent J Lemon
on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com

Kara Katherine Gendron
karagendrontrustee@gmail.com PA89@ecfcbis.com,trusteenoticesbox@gmail.com

Paul Donald Murphy-Ahles
on behalf of Debtor 1 Timothy E. Gannon pmurphy@dplglaw.com kgreene@dplglaw.com

Regina Cohen
on behalf of Creditor Ally Bank c/o AIS Portfolio Services LLC rcohen@lavin-law.com, mmalone@lavin-law.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Timothy E. Gannon
**Debtor 1**

**Chapter** 7

**Case No.** 1:24-bk-01699-HWV

**Matter:** Motion to Reopen Chapter 7 Case

## ORDER

Upon consideration of Debtor's Motion to Reopen Chapter 7 Case, Doc. 20, it is

**ORDERED** that the Motion is **GRANTED** and the above-captioned case is reopened to allow the Debtor to file their discharge requirements within seven (7) days of the date of this Order. Should the Debtor fail to file their requirements within the time prescribed by this Order, this case will be re-closed without further notice and without entry of a discharge. It is further

**ORDERED** that the Office of the United States Trustee not appoint a disinterested person to serve as Trustee in this case.

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 30, 2024